# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title:
GEORGE MOORE, individually and on behalf of others similarly situated,
   Plaintiff,
 v.
AMERICAN SERVICE INSURANCE AGENCY LLC and BENEFYTT TECHNOLOGIES, INC.,
   Defendants.

Case Number: 1:20-CV-6206

An appearance is hereby filed by the undersigned as attorney for:
AMERICAN SERVICE INSURANCE AGENCY LLC and BENEFYTT TECHNOLOGIES, INC.

Attorney name (type or print): Paul A. Del Aguila

Firm: Benesch, Friedlander, Coplan & Aronoff, LLP

Street address: 71 South Wacker Drive, Suite 1600

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6277356 (See item 3 in instructions)

Telephone Number: 312-212-4949

Email Address: pdelaguila@beneschlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this

statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 3, 2023

Attorney signature:   S/ Paul A. Del Aguila
                     (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015